```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

CRIMINAL NO. 13-50002-002          USA v. ALFONSO MORALES

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. CLAY FOWLKES

Clerk: GAIL GARNER                 Deft. GREG KLEBANOFF

Reporter: THERESA SAWYER


### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Defendant withdraws objection #2 in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 3-level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    144 months imprisonment; 3 years supervised release; $25,000.00 fine - interest waived.

```
Criminal No. 13-50002-002

    (X)   Defendant ordered to comply with standard conditions
          of supervised release.
    (X)   Defendant ordered to comply with the following special
          conditions of supervised release:

          Submit person, residence, place of employment, and
          vehicle to a search conducted by the USPO upon request.

          Submit to inpatient/outpatient substance abuse
          testing/treatment at direction of USPO.

    (X)   Defendant ordered to pay total special assessment of
          $100.00, for count 4, which shall be due immediately.
    (X)   Counts 1, 3, and forfeiture allegation dismissed on
          motion by the government.
    (X)   Defendant advised of right to appeal sentence imposed.
    (X)   Defendant advised of right to apply for leave to appeal
          in forma pauperis.
    (X)   Defendant remanded to custody of USMS.



DATE: SEPTEMBER 4, 2013            Proceeding began: 3:48 pm

                                               ended: 4:33 pm
```

am