**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                        **CASE NO. 5:13-CR-50002-002**

**ALFONSO MORALES**                                            **DEFENDANT**

<u>**ORDER**</u>

Now pending before the Court is the Report and Recommendation (Doc. 170) of

Chief United States Magistrate Judge Erin L. Wiedemann, filed on November 22, 2019.

The time to object has now passed, and no objections were filed.[1]

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 170) is

**ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion to Vacate (Doc. 163) is

**DENIED and DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 26th day of December, 2019.


/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation (Doc. 170) was originally mailed to the Defendant at his address of record, Coleman II Penitentiary in Coleman, Florida. The mailing was returned to the Court marked "unable to forward." (Doc. 171). The Clerk's Office then performed independent research on the website BOP.gov and determined that the Defendant had likely been transferred to Fairton FCI in Fairton, New Jersey. On December 9, 2019, the Court forwarded the Report and Recommendation to the Defendant at his new address. More than two weeks have now passed since then, and no objections have been filed.